634

No. 935. PERKINS ET AL. v. HARRISON, JUDGE. April 30, 1934. Petition for writ of certiorari to the Supreme Court of Arizona, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Cephas F. Perkins, pro se.* No appearance for respondent.

No. 971. LEWIS, EXECUTOR, v. SIMON, JUDGE. April 30, 1934. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied. *Agnes E. Lewis, pro se.* No appearance for respondent.

No. 984. SMALL v. NEW YORK. April 30, 1934. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. George Small* and *Samuel Rubinton* for petitioner. No appearance for respondent.

. No. 989. UNITED STATES EX REL. NERBONNE v. HILL, WARDEN. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Alfred R. Nerbonne, pro se.* No appearance for respondent.

No. 854. GEORGE v. UNITED STATES. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will E. Orgain* for petitioner. *Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.